# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 54 MM 2017 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JOSEPH W. PILCHESKY, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of September, 2017, having received the August 18, 2017 order of the Court of Common Pleas of Lackawanna County, permitting Petitioner to proceed *pro se*, jurisdiction is RELINQUISHED.